AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Mehrad, Asadieidivand

was received by me on *(date)*   June 23, 2025   .

☒ I personally served the summons on the individual at *(place)*   Florence, Arizona

on *(date)*   June 23, 2025   ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* .

My fees are $   0.00   for travel and $   0.00   for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   June 23, 2025

*Server's signature*

Michael Duran           Deportation Officer
*Printed name and title*

3250 N. Pinal Parkway, Florence, Arizona, 85132
*Server's address*

Additional information regarding attempted service, etc:

Case 2:25-cv-02165-SPL--DMF, Issued Summons, Complaint, Motion for temporary restraining order and CV-25-02165-PHX-SPL Order all served.