TIMOTHY COURCHAINE
Acting United States Attorney
District of Arizona

KATHERINE R. BRANCH
Assistant U.S. Attorney
Arizona State Bar No. 025128
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4449
Telephone:  602-514-7500
Facsimile:  602-514-7760
Email: Katherine.Branch@usdoj.gov
*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| United States of America, | No. 2:25-cv-02165-SPL--DMF |
|---|---|
| Plaintiff, | |
| v. | **FIRST STATUS REPORT** |
| Mehrad Asadieidivand, | |
| Defendant. | |

Plaintiff United States of America submits this first status report in compliance with the Court's order granting the Government a temporary restraining order to provide involuntary medical monitoring, hydration and nutrition to Defendant Mehrad Asadieidivand. *See* Doc. 5.

Mr. Asadieidivand was served with the summons, complaint, motion for temporary restraining order and the order on June 23. *See* Doc. 7. Mr. Asadieidivand spoke with his counsel, Assistant Federal Public Defender Dan Kaplan, by telephone on June 24 at 12:30 p.m.

Mr. Asadieidivand refused his breakfast tray on June 24. However, he ate lunch and dinner, some snacks, and drank a Boost. He also began complying with medical examinations and consented to receiving one bag of IV fluids. Mr. Asadieidivand ate

breakfast and lunch on June 25. The United States has not undertaken any involuntary monitoring or treatment of Mr. Asadieidivand, but Mr. Asaidieidivand has told medical staff that he is eating, drinking, taking medications, and permitting medical treatment against his will.

Mr. Asadieidivand has been discontinued from continuous medical watch but has not been released from hunger strike treatment by Dr. Quinones given that he has not yet recovered from the effects of his acute kidney injury, has been eating for only 24 hours, and has not stated that he is ending his hunger strike. To the contrary, he has expressly stated that he is eating and drinking against his will.

Once Dr. Quinones determines that Mr. Asadieidivand's clinical condition is stable and releases him from hunger strike treatment, the United States will move to dissolve the temporary restraining order but will ask the Court to stay this action for sixty (60) days so that if Mr. Asadieidivand initiates a third hunger strike, the United States can seek any necessary orders without having to file a new action.

Respectfully submitted this 25th day of June, 2025.

    TIMOTHY COURCHAINE
    United States Attorney
    District of Arizona

    *s/Katherine R. Branch*
    KATHERINE R. BRANCH
    Assistant United States Attorney