TIMOTHY COURCHAINE
United States Attorney
District of Arizona
KATHERINE R. BRANCH
Assistant U.S. Attorney
Arizona State Bar No. 025128
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4449
Telephone:  602-514-7500
Facsimile:  602-514-7760
Email: Katherine.Branch@usdoj.gov
*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America, | No. 2:25-cv-02165-SPL--DMF |
| Plaintiff, | |
| v. | **STATUS REPORT** |
| Mehrad Asadieidivand, | |
| Defendant. | |

The parties submit this status report in response to the Court's order at Doc. 12. Since the temporary restraining order was dissolved, Mr. Asadieidivand has continued to eat and drink normally and has not expressed an intention to begin a third hunger strike.

Because there is no additional relief for the Court to award, the parties will file a stipulation of dismissal.

Pursuant to the Court's order of June 23, 2025 (Doc. 5 at 3), undersigned counsel Daniel L. Kaplan is assisting Mr. Asadieidivand in preparing a Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241.

Respectfully submitted this 9th day of July, 2025.

TIMOTHY COURCHAINE             JON M. SANDS
United States Attorney          Federal Public Defender
District of Arizona

s/Katherine R. Branch
KATHERINE R. BRANCH
Assistant United States Attorney

s/Daniel L. Kaplan (with permission)
DANIEL L. KAPLAN
Assistant Federal Public Defender