IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | No. CV-25-02165-PHX-SPL (DMF) |
| ) | |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| ) | |
| Mehrad Asadieidivand, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Pursuant to the parties' stipulation,

**IT IS ORDERED:**

1.      That the Stipulation of Dismissal (Doc. 14) is **granted**;

2.      That this action is **dismissed** in its entirety;

3.      That each party shall bear its own costs and attorneys' fees; and

4.      That the Clerk of Court shall terminate this action.

Dated this 9th day of July, 2025.

Honorable Steven P. Logan
United States District Judge